# IN THE SUPREME COURT OF THE STATE OF NEVADA

JASON HARTMAN,

Appellant,

vs.

KEN LOGAN; GEORGE MALOOF, JR., AN INDIVIDUAL; JULIE CHAPMAN, AN INDIVIDUAL; AND THOMAS K. LAND,

Respondents.

No. 81351

FILED

APR 27 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Chief Judge, Eighth Judicial District Court
Eighth Judicial District Court, Department 8
Thomas J. Tanksley, Settlement Judge
Caldwell Law Firm, PC
Cook & Kelesis
Eighth District Court Clerk

21-12073